| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bacharach, Robert E. | Western District of Oklahoma | 01/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-fulltime | [✓] Nomination, Date 01/23/2012 <br> [ ] Initial  [ ] Annual  [ ] Final <br> 5b. [ ] Amended Report | 01/01/2011 to 12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 200 NW 4th Street <br> Room 1305 <br> Oklahoma City, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 10th Circuit Vice President | National Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 01/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 01/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. VARIABLE ANNUITY #1 | | | | | Exempt | | | | |
| 2. - Vanguard Equity Index Portfolio | A | Int./Div. | K | T | | | | | |
| 3. - Vanguard Diversified Value Portfolio | A | Int./Div. | K | T | | | | | |
| 4. - Vanguard Growth Portfolio | A | Int./Div. | K | T | | | | | |
| 5. - Vanguard International Portfolio | A | Int./Div. | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Portfolio | A | Int./Div. | L | T | | | | | |
| 7. - Vanguard REIT Index Portfolio | A | Int./Div. | K | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - American Funds EuroPacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. - Columbia Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 11. - DFA International Small Cap Portfolio | A | Int./Div. | J | T | | | | | |
| 12. - DFA US Large Company Portfolio | A | Int./Div. | J | T | | | | | |
| 13. - Longleaf Partners Fund | A | Int./Div. | J | T | | | | | |
| 14. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 16. IRA #2 | | | | | | | | | |
| 17. - American Funds The Growth Fund of America | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 01/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - DFA Emerging Markets Value Portfolio | B | Int./Div. | K | T | | | | | |
| 19. - DFA International Small Cap Portfolio | A | Int./Div. | K | T | | | | | |
| 20. - DFA US Large Company Portfolio | A | Int./Div. | K | T | | | | | |
| 21. - DFA US Small Cap Value Portfolio | B | Int./Div. | L | T | | | | | |
| 22. - Legg Mason Capital Management Value Trust | A | Int./Div. | J | T | | | | | |
| 23. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 24. - Selected American Shares Fund | A | Int./Div. | K | T | | | | | |
| 25. - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 26. IRA #3 | | | | | | | | | |
| 27. - DFA International Value Portfolio | B | Int./Div. | K | T | | | | | |
| 28. - DFA Real Estate Securities Fund | A | Int./Div. | K | T | | | | | |
| 29. - Dodge & Cox International Fund | A | Int./Div. | J | T | | | | | |
| 30. - Eaton Vance Floating-Rate Fund | A | Int./Div. | K | T | | | | | |
| 31. - Invesco Equally-Weighted S&P 500 Fund | A | Int./Div. | K | T | | | | | |
| 32. - Legg Mason Capital Management Value Trust | A | Int./Div. | J | T | | | | | |
| 33. - Loomis Sayles Bond Fund | B | Int./Div. | K | T | | | | | |
| 34. - Longleaf Partners Fund | B | Int./Div. | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 01/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Pimco Total Return Fund | A | Int./Div. | J | T | | | | | |
| 36. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 37. - Selected American Shares Fund | A | Int./Div. | K | T | | | | | |
| 38. - TCW Select Equities Fund | A | Int./Div. | K | T | | | | | |
| 39. - Transamerica WMC Diversified Growth Fund | A | Int./Div. | K | T | | | | | |
| 40. IRA #4 | | | | | | | | | |
| 41. - Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 42. - DFA International Value Portfolio | A | Int./Div. | J | T | | | | | |
| 43. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 44. - American Funds The Growth Fund of America | A | Int./Div. | J | T | | | | | |
| 45. - DFA International Small Cap Portfolio | B | Int./Div. | K | T | | | | | |
| 46. - DFA Internationall Value Portfolio | A | Int./Div. | J | T | | | | | |
| 47. - DFA Tax-Managed US Marketwide Value Portfolio | A | Int./Div. | L | T | | | | | |
| 48. - DFA US Large Company Portfolio | A | Int./Div. | J | T | | | | | |
| 49. - DFA US Small Cap Value Portfolio | A | Int./Div. | K | T | | | | | |
| 50. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 51. - Vanguard Mid-Cap Value Index Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 9

Name of Person Reporting

Bacharach, Robert E.

Date of Report

01/23/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment          T =Cash Market
   (See Column C2)           U =Book Value           V =Other                  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Robert E. Bacharach_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 | 634 | Notes payable to banks-secured (auto) | | 3 | 598 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 980 | 851 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 228 | 260 |
| Real estate owned – personal residence | | 278 | 213 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 37 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 231 | 858 |
| | | | | Net Worth | 1 | 074 | 840 |
| Total Assets | 1 | 306 | 698 | Total liabilities and net worth | 1 | 306 | 698 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 20 | 000 | | | | |
| Other special debt | | | | | | | |